# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:05-cr-184 |
| Plaintiff, | : | |
| | : | District Judge Walter Herbert Rice |
| -vs- | | Magistrate Judge Michael R. Merz |
| | : | |
| MARK J. THORNTON, | | |
| | : | |
| Defendant. | | |

## ADDENDUM TO SCHEDULING ORDER

The Scheduling Order in this case (Doc. No. 244) is amended to include the following deadlines and dates:

1. Motion to Amend Motion to Vacate deadline:   11/5/2012

2. Motion for Discovery deadline:   1/28/2013

3. Discovery deadline:   4/22/2013

4. Defendant's Motion for Evidentiary Hearing:   4/22/2013

5. Two day Evidentiary Hearing set to begin:   6/3/2013 @ 9:30 a.m.

October 15, 2012.

                                                               **s/ Michael R. Merz**
                                                           United States Magistrate Judge